# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700096

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### JUQUAN D. AUSTIN
Culinary Specialist Seaman Apprentice (E-2), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: CAPT Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS Nimitz (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 May 2017

———————————————

Before CAMPBELL, FULTON, and MILLER, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court